UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARISSE FORD,<br><br>               Plaintiff,<br>   v.<br><br>NANCY A. BERRYHILL,<br><br>               Defendant. | CASE NO. C17-1343JLR<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The court GRANTS Plaintiff's *in forma pauperis* application (IFP Mot. (Dkt. # 1)) and ORDERS:

    (1)    Plaintiff shall be issued summonses; and

    (2)    Plaintiff is responsible for serving the complaint and summonses and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with Plaintiff's

//

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS - 1

1 | identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

2 | DATED this 12th day of September, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS - 2